COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| GABRIEL GOMEZ, | | No. 08-10-00277-CR |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | 409th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 20090D04890) |
| | § | |

**MEMORANDUM OPINION**

This appeal is before the Court on its own motion to determine whether it should be dismissed. Concluding that there is no appealable order, we dismiss the appeal for want of jurisdiction.

On September 17, 2010, the district clerk provided this Court with a copy of the notice of appeal and a docketing certificate. On that same day, the clerk of this Court notified the parties by letter of the Court's intent to dismiss the appeal for want of jurisdiction because there does not appear to be an appealable order. The clerk informed the parties that the appeal would be dismissed without further notice unless any party could show grounds for continuing the appeal within ten days. To this date, no one has responded to the clerk's letter.

According to the docketing certificate, the case against Appellant was dismissed. This Court generally does not have jurisdiction over appeals from interlocutory orders in criminal cases. *Petty v. State*, 800 S.W.2d 582, 583 (Tex.App.--Tyler 1990, no pet.). The dismissal of an indictment is not an appealable order. *Id.*; *Jeanmarie v. State*, No. 08-06-00192-CR, 2006 WL 2570852, at *1 (Tex.App.--El Paso Sept. 7, 2006, no pet.)(not designated for publication). We therefore dismiss this

appeal for want of jurisdiction.

November 30, 2010

_____
ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)